[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Feb. 25, 2008
THOMAS K. KAHN
CLERK

_____

No. 06-11841

_____

D. C. Docket No. 01-02323-CV-IPJ-TMP

DANIEL SIEBERT,

Petitioner-Appellant,

versus

RICHARD F. ALLEN, Commissioner,
Alabama Department of Corrections,

Respondent-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(February 25, 2008)**

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before TJOFLAT, BARKETT and WILSON, Circuit Judges.

PER CURIAM:

This case comes to us on remand from the Supreme Court of the United States.  See Allen v. Siebert, 552 U.S. ___, 128 S. Ct. 2 (2007), rev'g Siebert v. Allen, 480 F.3d 1089 (11th Cir. 2007).  In accordance therewith, we hereby AFFIRM the district court's dismissal of Siebert's federal habeas petition as being untimely filed pursuant to 28 U.S.C. § 2244(d).

**AFFIRMED.**